# CASES

DETERMINED IN THE

## THIRD DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

**DURING THE YEARS 1914 and 1915.**

---

### O. H. Paddock Lumber Company, Appellee, v. Western Union Telegraph Company, Appellant.

#### (Not to be reported in full.)

Appeal from the City Court of Pana; the Hon. J. H. FORNOFF, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed December 11, 1914. Rehearing denied April 7, 1915.

### Statement of the Case.

Action in case by the O. H. Paddock Lumber Company against the Western Union Telegraph Company to recover damages because of a mistake in the transmission of a telegram, sent to the plaintiff by the Louisville Cement Company, quoting the price on 3000 barrels of cement. On the trial the appellant did not offer any evidence and the court directed a verdict in favor of the plaintiff for $300, on which judgment was rendered and the defendant appeals.

The cement company in reply to a letter, sent a telegram to the plaintiff quoting a price of $1.64 per barrel for cement, while the telegram as delivered read $1.54.

(416)

The plaintiff, without notice of the mistake and relying on the telegram, wired its acceptance of the offer and resold the cement to a customer at $1.72 per barrel. The cement company refused to furnish the cement at $1.54, and the plaintiff in order to protect its contract with its customer was compelled to pay $1.64 per barrel for the cement.

JAMES A. CONNOLLY and JAMES Y. KELLY, for appellant.

Mc QUIGG & DOWELL, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

TELEGRAPHS AND TELEPHONES, § 32*—*when lost profits recoverable for mistake in telegram quoting' prices.* Where a telegram was changed in transmission so as to quote a lower price for cement than that stated in the message as filed, and the recipient in reliance thereon contracted to resell the cement, he may recover from the telegraph company the profits lost by his being compelled, in order to fulfil his contract, to pay for cement the figure stated in the telegram as filed.

---

### M. H. Wilson, Appellant, v. Thomas McVay et al., Appellees.

#### (Not to be reported in full.)

Appeal from the Circuit Court of Pike county; the Hon. HARRY HIGBEE, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed December 11, 1914.

### Statement of the Case.

Bill filed in chancery by M. H. Wilson against Thomas McVay, Bert McVay and G. H. Redman, for an accounting of commissions realized by the defend-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.